UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICIO ARANA, | Case No.: 1:17-cv-01702-BAM (PC) |
| Plaintiff, | ORDER DENYING IN FORMA PAUPERIS APPLICATION, WITHOUT PREJUDICE |
| v. | |
| B. FRAZIER, | (ECF No. 2) |
| Defendant. | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS FOR A PRISONER, OR PAY FILING FEE WITHIN **FORTY-FIVE (45) DAYS** |

Plaintiff Mauricio Arana is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on December 19, 2017. (ECF No. 1.) That same day, Plaintiff filed a motion requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.)

However, Plaintiff's form is incomplete. Plaintiff indicated that he is employed, but does not indicate the amount of his pay. Plaintiff also indicates that he has received money from his mother in the past twelve months, but has not described the amounts received or indicate whether he expects to continue to receive additional funds, and how much. Plaintiff's certified inmate trust account statement reflects approximately three to five unexplained deposits of funds per month.

///

1

Plaintiff must submit a completed form if he wishes for the application to be considered. Plaintiff may attach additional sheets of paper, if necessary.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED, without prejudice;

2. The Clerk of the Court is directed to serve this order and a blank IFP application for a prisoner on Plaintiff;

3. Within **forty-five (45) days** from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

4. No extension of time will be granted without a showing of good cause; and

5. **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, without prejudice.**

IT IS SO ORDERED.

Dated: **December 20, 2017**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE