# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICIO ARANA,<br><br>   Plaintiff,<br><br> v.<br><br>FRAZIER,<br><br>   Defendant. | Case No. 1:17-cv-01702-DAD-BAM (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE A SINGLE AMENDED COMPLAINT<br><br>(ECF Nos. 14, 15)<br><br>**THIRTY (30) DAY DEADLINE** |

  Plaintiff Mauricio Arana ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

  On January 23, 2018, Plaintiff filed a "Notice of File First Amended Complaint." (ECF No. 9.) Plaintiff stated that although the original complaint vividly described his claimed injuries, he sought to insert a description of his claimed injuries in the appropriate section of the complaint. (Id.) The Court construed Plaintiff's filing as a motion for leave to amend the complaint, and granted the motion on January 24, 2018. (ECF No. 13.) Plaintiff was directed to file a first amended complaint within thirty (30) days. (Id.)

  On February 21, 2018, Plaintiff timely filed a first amended complaint with the Court. (ECF No. 14.) However, on June 8, 2018, Plaintiff filed a document titled "Notice of E-Filing of First Amended Complaint on February 21, 2018." (ECF No. 15.) Plaintiff states that he is providing notice to the Court of a potential error in the E-Filing of his first amended complaint.

1

Plaintiff states that he failed to note the assigned case number on that filing, and that he is attaching his first amended complaint again. (Id.)

Upon review of the amended complaint attached to Plaintiff's filing, it appears that Plaintiff has added new allegations and a new defendant since Plaintiff filed his February 21, 2018 first amended complaint. As it is unclear to the Court which version of the first amended complaint Plaintiff intends to pursue, the Court will permit Plaintiff an opportunity to file a single amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send Plaintiff a civil rights complaint form;
2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a single amended complaint;
3. Plaintiff shall clearly identify the amended complaint as "Second Amended Complaint" and refer to the case number; and
4. **If Plaintiff fails to comply with this order, the action will be dismissed for failure to obey a court order.**

IT IS SO ORDERED.

Dated: __June 12, 2018__  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE